UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1513**

Alford v. Baylor

To:    Clerk

1) Motion by Appellant for En Banc Reconsideration of the May 11, 2023 Clerk Order, treated as Motion to Reopen the Appeal

---

Action on the foregoing motion is hereby deferred.  The above-docketed case was closed for Appellant's failure to timely file a motion demonstrating imminent danger of a serious physical injury.  As Appellant has had three previous cases dismissed as frivolous, he was required to file the motion demonstrating imminent danger, in addition to the other in forma pauperis forms, which were received by the Court.  Appellant must file the motion demonstrating imminent danger of a serious physical injury within fourteen (14) days of the date of this order.  Otherwise, no further action will be taken on the motion to reopen and the case will remain closed.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: May 25, 2023
Lmr//cc: Craig Alford
Gerard J. Geiger, Esq.